IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| Mandi Slagl and Heather Burckhard,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  )<br>  )<br>vs.  )<br>  )<br>Aisha Vadell, Dawn Verbruggen  )<br>and Lorell Seibold d/b/a Beautiful  )<br>U Day Spa,  )<br>  )<br>  Defendants.  ) | **MOTION TO STRIKE PORTIONS OF SPECIAL ANSWER**<br><br>Case No. 4:11-CV-014 |

COME NOW the Plaintiffs, Mandi Stagl and Heather Burckhardt, and move the Court to strike Paragraphs X, XI, XII, XIII, XIV, XXI, XXIII, XXV and XXVI of the Special Answer filed February 21, 2011.

This Motion is filed pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and is supported by the accompanying Brief in Support of Plaintiff's Motion to Strike, and Affidavit of Leo F.J. Wilking.

Dated this 18th day of March, 2011.

WILKING LAW FIRM, PLLC

BY: /s/ Leo F.J. Wilking
Leo F.J. Wilking (#03629)
Attorney for Plaintiffs
3003 - 32nd Ave. S/, Suite 240
P.O. Box 3085
Fargo, N.D. 58108

## CERTIFICATE OF SERVICE

I certify that on the 18th day of March, 2011, the Motion to Strike Portions of Special Answer, Brief in Support of Plaintiffs' Motion to Strike Portions of Special Answer, and Affidavit of Leo F.J. Wilking were filed electronically with the Clerk of U.S. District Court at ndd_newcaseBismarck@ndd.uscourts.gov and served on Debra L. Hoffarth, Attorney for Defendants, by e-mail at debhoffarth@gmail.com.

/s/ Leo F.J. Wilking
Leo F.J. Wilking #03629