Contract between Lorell Seibold, Aisha Vadell, Dawn VerBruggen and Kari O'Dell. DBA *"Beautiful You"*

Kari O'Dell to receive 90% from all Services. (10% to go towards *"Beautiful You"*
Kari O'Dell to be responsible for monthly rent payments due to *"Beautiful You"*.

Due Sept 31, 2006  $200.00
Due Oct 31, 2006   $300.00
Due Nov 31, 2006   $400.00
Due Dec 31, 2006   $500.00

By January 2007 monthly rent will be reassessed on a monthly basis for Kari to pay a minimum of all current feasible monlthy expenses and to begin partial payments of owners investments.

Kari O'Dell to provide her own product which can be purchased at wholesale from Arbonne or at cost from *"Beautiful You"*.

Kari O'Dell to promote, advertise and is responsible to encourage growth of services. Kari to provide painting, labor and set up labor for the start up.

*"Beautiful You"* to pay for advertisement which needs to be reviewed and approved by owners.
Lorell Seibold, Aisha Vadell, Dawn VerBruggen to provide all start up cost such as flooring costs, sink (vanity), product for retail, paint, equipment such as facial chair, portable walls, chair, displays ect.
On a rotated basis Lorell Seibold, Aisha Vadell, Dawn VerBruggen and Kari O'Dell will get a new business builder/consultants, to be installed as they wish from *"Beautiful You"*.
All Kari's personal contacts (family & friends) to be installed to Kari's downline.

Kari to handle all accounting and forward P&L reports to owners on a monthly basis. Month-end reports due by the 5th of the following month. Kari to set up credit card acceptance.

Owners to receive 50% off of all personal treatments.
Owners to pay for building liability. And Kari to cover her service liability.

_____  9-1-06        _____  8/30/06
Lorell Seibold      Date          Dawn VerBruggen     Date

_____  9-1-06        _____  8/30/2006
Aisha Vadell        Date          Kari O'Dell         Date

DEPOSITION EXHIBIT
2

RECEIVED
JAN 1 9 2010
ND Dept. of Labor
Bismarck, ND