Beautiful U:

Contract entered into with Angelique Billings this day of November 1, 2006 being an independent contractor to Beautiful U. Owners being Dawn Verbruggen, Aisha Vadell and Lorell Seibold.

Angelique will receive 35% of gross receipts on services performed by her. On all treatments paid for by owners and performed by Angelique, she will receive 50% of the gross receipts. Lump sum to be paid to her on the 15th and 30th of each month. Beautiful U will handle all expenses to the Spa.

Duties performed by Angelique will include:
- All services provided by the Spa Menu to a client.
- Receive and book clients to the Spa on a logging journal.
- Respond to phone calls, requests and voice messaging.
- 4-5 day work weeks or as necessary to service clients.
- Generate $300.00 to $400.00 in daily revenue.
- Make deposits to Beautiful U account daily and report receipts.
- General clean-up of work area. Daily start-up requirements as discussed.
- Account for all product used from Beautiful U.
- Build clientele by word of mouth, flyers, ads etc.
- Possess current Cosmotology Licensing.
- Have personal liability insurance at her expense.
- In charge of getting supplies as needed.
- In charge of laundry as needed by the Spa.
- Co-ordinate accounting with Dawn Verbruggen.
- Rotate new business builder/consultants with owners other than friends/family.
- Owners to receive 50% off of all treatments.
- Performance evaluation January 3, 2007. Quarterly thereafter.
- Two weeks employment termination notice required.

_____  Nov 17 2006        _____  17 Nov 06
Angelique Billings         Date              Aisha Vadell              Date

_____  11-17-2006         _____  17 Nov 06
Lorell Seibold             Date              Dawn Verbruggen           Date

DEPOSITION EXHIBIT
3
5-11-11 aw

RECEIVED
JAN 19 2010
ND Dept. of Labor
Bismarck, ND