November 1, 2007

Agreement with Ruth Phillips and Beautiful U Day Spa. Owners being Dawn Verbruggen, Aisha Vadell and Lorell Seibold.

As of Nov 1, 2007 Ruth will paid $8.00 per hour for services performed. Paydays are every other Wednesday. Beautiful U will handle all expenses to the Spa. Tips to Ruth are hers to keep. The hours worked & pay per hour will be reviewed and changed as she and the Spa see necessary. Ruth will receive a $300.00 bonus at $3000.00 gross, & another $100.00 for each $1000.00 gross after, in a calendar month.

Duties performed by Ruth will include:
- All services provided by the Spa Menu to a client.
- Receive and book clients to the Spa on a logging journal.
- Respond to phone calls, requests and voice messaging.
- 40 hour work weeks. Monday thru Saturday (posted) 11:00 AM to 5:00 at the Spa. Mornings & evenings by appointment only.
- Smocks provided by Beautiful U to be worn during work hours.
- Estheticians/Cosmotologists will bring their lunch and snacks.
- Management will make deposits to Beautiful U account daily and report receipts.
- General clean-up of work area. Daily start-up requirements as discussed.
- Account for all product used from Beautiful U.
- Build clientele by word of mouth, flyers, ads etc.
- Possess current Esthetician or Cosmotology Licensing.
- Ruth will purchase her own liability insurance if she chooses to.
- In charge of getting supplies as needed.
- In charge of laundry as needed by the Spa.
- Co-ordinate accounting.
- Rotate new Arbonne business builder/consultants with owners other than friends & family.
- Owners to receive 50% off of all treatments or gift certificates.
- Performance evaluation the 1st week of each quarter.
- One week employment termination notice required.
- Owners will actively seek more independent contractors and sub-leases to fill customer needs.

_____  11-30-07          _____  12-1-07
Ruth Phillips           Date                Aisha Vadell            Date

_____  12-1-2007          _____  12-1-07
Lorell Seibold          Date                Dawn Verbruggen         Date

**DEPOSITION EXHIBIT**
4
5-11-11

**RECEIVED**
JAN 19 2010
ND Dept. of Labor
Bismarck, ND