3/1/09

Agreement with Mandy Stagl as manager, and Beautiful U Day Spa.

As of March 1, Mandy will be paid 50% commission for services performed plus a 10% override for each cosmotologist. Beautiful U will supply Arbonne products used at the spa, ie: shampoo, conditioner, make-up, facial products etc. Beautiful U will also provide some advertising with displays. Showcases & events are negotiable. Paydays are every other Wednesday. Tips to Mandy are hers. This contract will be reviewed & changed as necessary with the agreement of Mandy & the owners.
Non-compete clause: in the event Mandy's employment is cancelled by her or owners she will not compete for clients doing business with Beautiful U for a period of one year from separation date.

Duties performed by Mandy will include:
- All services provided by the Spa Menu to a client agreed to by Mandy.
- Receive and book clients to the Spa on a logging journal or internet site.
- Respond to phone calls, requests and voice messaging as necessary.
- Work weeks as necessary. Early mornings & evenings by appointment only.
- Dress professionally during work hours.
- Management will make deposits to Beautiful U account daily and report receipts.
- General clean-up of work area. Daily start-up requirements as discussed.
- Account for all product used from Beautiful U.
- Build clientele by word of mouth, flyers, ads etc.
- Possess current Esthetician or Cosmotology Licensing.
- Mandy will purchase her own liability insurance if she chooses to.
- In charge of getting supplies as needed.
- In charge of laundry as needed by the Spa.
- Rotate new Arbonne consultants with owners other than friends/family if applicable.
- Honor discount specials including but not limited to friends & family (30%), wheeler dealer and (some agreed upon free services), 10% military discounts.
- Two week employment termination notice required.
- Owners will actively seek more independent contractors and sub-leases to fill customer needs.

_____  _____  _____  _____
Mandy Stagl              Date     Aisha Vadell / CEO       Date

_____  3-3-09
Lorell Seibold / VP      Date

DEPOSITION EXHIBIT
5
5-11-11

RECEIVED
JAN 19 2010
ND Dept. of Labor
Bismarck, ND