# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Mandi Stagl and Heather Burckhard, | ) | |
| | ) | |
| Plaintiffs, | ) | **MINUTES: SETTLEMENT** |
| | ) | **CONFERENCE** |
| vs. | ) | |
| | ) | |
| Aisha Vadell, Dawn Verbruggen, | ) | |
| Lorell Seibold d/b/a Beautiful U | ) | |
| Day Spa, | ) | |
| | ) | Case No. 4:11-cv-014 |
| Defendants. | ) | |

The court conducted a settlement conference in the above-entitled action on January 12, 2012, at the U.S. Courthouse in Minot.

The following individuals were in attendance:

| **Plaintiffs** | **Defendants** |
|---|---|
| Leo Wilking - plaintiffs' counsel | Debra Hoffarth - defense counsel |
| Mandi Stagl | Aisha Vadell |
| Heather Burckhard | Dawn Verbruggen |

Notes: The parties reached a settlement agreement.