IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| Mandi Stagl and Heather Burckhard, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) **STIPULATION FOR DISMISSAL** ) **WITH PREJUDICE** |
| Aisha Vadell, Dawn Verbruggen and Lorell Seibold d/b/a Beautiful U Day Spa. | ) Case No. 4:11-cv-14 ) ) ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED, by and through respective counsel, that the Complaint and any and all claims asserted in the pleadings in this action and between and among the Plaintiffs and Defendants may be dismissed with prejudice and without costs to any party.

It is further stipulated and agreed that an Order and Judgment of Dismissal with Prejudice may be entered without notice to any party.

Dated this 7th day of March, 2012.

**PRINGLE & HERIGSTAD, PC**
/s/ Debra L. Hoffarth
Debra L. Hoffarth, #5668
2525 Elk Drive, PO Box 1000
Minot ND  58702-1000
(701) 852-0381
dhoffarth@srt.com
Attorneys for Defendants

Dated this 7th day of March, 2012.

**WILKING LAW FIRM, PLLC**
/s/ Leo F. J. Wilking
Leo F. J. Wilking
PO Box 3085
Fargo ND  58108-3085
(701) 356-6823
Attorneys for Plaintiffs